# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation; JEANETTE BOWLES, as Executive Director of Safehouse,<br><br>*Defendants.*<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Counterclaim Defendant,*<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his office capacity as Attorney General of the United States; and WILLIAM M. McSWAIN, in his official capacity as U.S. Attorney General for the Eastern District of Pennsylvania,<br><br>*Third-Party Defendants.* | Civil Action No. 2:19-00519-GAM |

## **NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter the appearance of Ellen C. Brotman, Esquire of Brotman Law as associate counsel on behalf of Amici Curiae Drug Policy Alliance.

*/s/ Ellen C. Brotman*
Ellen C. Brotman
PA I.D. No. 71775
Brotman Law
One South Broad Street, Suite 1500
Philadelphia, PA 19107
215-609-3247
ebrotman@ellenbrotmanlaw.com

*Counsel for Amici Curiae Drug Policy Alliance*

Dated:  July 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, the foregoing Notice of Entry of Appearance was served upon all counsel via the Court's ECF system, and is available for viewing and downloading from that system.

*/s/ Ellen C. Brotman*
Ellen C. Brotman