IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

SAFEHOUSE, a Pennsylvania nonprofit corporation;
JOSE BENITEZ, as President and
Treasurer of Safehouse,

        *Defendants.*

---

SAFEHOUSE, a Pennsylvania nonprofit corporation,

        *Counterclaim Plaintiff,*

v.

UNITED STATES OF AMERICA,

        *Counterclaim Defendant,*

and

U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILLIAM M. MCSWAIN, in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania,

        *Third-Party Defendants.*

Civ.A. No. 2:19-cv-00519

Entry of Appearance

To the Clerk of Court:

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for proposed amici Mayor Jim Kenney and Philadelphia Health Commissioner Dr. Thomas Farley.

Respectfully submitted,

*/s/ Jennifer MacNaughton*
Jennifer MacNaughton (PA 88424)
Senior Attorney, Appeals
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA 19102-1595
(215) 683-3561
(215) 683-5296 fax
jennifer.macnaughton@phila.gov

Dated: July 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the foregoing Entry of Appearance via email on all parties.

Dated: July 10, 2019         */s/ Jennifer MacNaughton*
                             Jennifer MacNaughton