### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 19-0519** |
| | : | |
| SAFEHOUSE, a Pennsylvania nonprofit Corporation; | : | |
| JOSE BENITEZ, as President and Treasurer of Safehouse, | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation, | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Counterclaim Defendant, | : | |
| and | : | |
| U.S.  DEPARTMENT OF JUSTICE; | : | |
| WILLIAM P. BARR, in his official capacity | : | |
| as Attorney General of the United States; | : | |
| and WILLIAM M. McSWAIN, in his official | : | |
| capacity as U.S. Attorney for the Eastern | : | |
| District of Pennsylvania, | : | |
| Third-Party Defendants. | : | |

### <u>ORDER</u>

This 12th day of July, 2019, it is hereby **ORDERED** that an evidentiary hearing will be

held on **Monday, August 19, 2019** to conclude no later than **Tuesday, August 20, 2019**.  The

1

scope of this hearing shall be limited to the issue of how Defendant Safehouse proposes to operate the site that is the subject of this litigation.  The hearing will commence each day at **9:30 a.m. in Courtroom 9-B** of the United States Courthouse, 601 Market Street, Philadelphia, PA.

At the request of the United States, a conference call to further discuss the scope and purpose of the hearing is scheduled for **Monday, July 15, at 4:00 p.m.**  Counsel for Defendant Safehouse is responsible for placing the call.

_____/s/ Gerald Austin McHugh_____
United States District Judge
