IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
|         Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 19-0519 |
| | : | |
| **SAFEHOUSE, a Pennsylvania nonprofit Corporation;** | : | |
| | : | |
| **JOSE BENITEZ, as President and Treasurer of Safehouse,** | : | |
| | : | |
|         **Defendants.** | : | |
| _____ | : | |
| | : | |
| **SAFEHOUSE, a Pennsylvania nonprofit corporation,** | : | |
| | : | |
|         **Counterclaim Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
|         **Counterclaim Defendant,** | : | |
| | : | |
| and | : | |
| | : | |
| **U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; and WILLIAM M. McSWAIN, in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania,** | : | |
|         **Third-Party Defendants.** | : | |

## **ORDER**

This 16th day of July, 2019, it is hereby **ORDERED** that oral argument is scheduled for **Thursday, September 5, 2019, at 1:00 p.m.**  The scope of argument shall be limited to the issue

of interpretation of the Controlled Substances Act.  Argument will be held in **Courtroom 9-B** of the United States Courthouse, 601 Market Street, Philadelphia, PA.

      /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge