IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** | : : : : | |
| v. | : : | CIVIL ACTION No. 19-0519 |
| SAFEHOUSE, a Pennsylvania nonprofit Corporation; JOSE BENITEZ, as President and Treasurer of Safehouse, **Defendants.** | : : : : : : : | |
| _____ | | |
| SAFEHOUSE, a Pennsylvania nonprofit Corporation,           **Counterclaim Plaintiff,** | : : : : | |
| v. | : : | |
| UNITED STATES OF AMERICA,           **Counterclaim Defendant,** | : : : | |
| and | : : | |
| U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; and WILLIAM M. McSWAIN, in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania,           **Third-Party Defendants.** | : : : : : : : : | |

## **ORDER**

This 2nd day of October, 2019, upon consideration of the Government's Motion for Judgment on the Pleadings (ECF No. 47), and Safehouse's response, it is hereby **ORDERED** that the Motion is **DENIED**. Accepting the facts in the pleadings as true, as required under Rule 12 of the Federal Rules of Civil Procedure, 21 U.S.C. § 856 (a)(2) would not prohibit Safehouse

from establishing and operating an overdose prevention facility that provides medically supervised consumption services.

            /s/ Gerald Austin McHugh
United States District Judge