# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | **No. 19-519** |
| v. | : | |
| | : | |
| **SAFEHOUSE, a Pennsylvania nonprofit Corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,** | : | |
| Defendants. | : | |

| | |
|---|---|
| **SAFEHOUSE, a Pennsylvania nonprofit Corporation,** | : |
| Counterclaim Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **UNITED STATES OF AMERICA,** | : |
| Counterclaim Defendant, | : |
| | : |
| and | : |
| | : |
| **U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; and WILLIAM M. McSWAIN, in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania,** | : |
| Third-Party Defendants. | : |

## ORDER

This 24th day of June, 2020, upon consideration of the Motion for Stay Pending Appeal filed by Plaintiff and Counterclaim Defendant United States of America and Third-Party Defendants U.S. Department of Justice, et al. (ECF 145), and the response in opposition filed by Defendants and Counterclaim Plaintiff Safehouse and Jose Benitez's (ECF 149) and the reply thereto (ECF 155), it is hereby **ORDERED** that the Motion for Stay Pending Appeal (ECF 145)

is **GRANTED**. The effect of the Court's February 25, 2020, Order (ECF 142) is hereby

**STAYED** until this Court or the U.S. Court of Appeals for the Third Circuit enters an order

lifting the stay or until any appeal in this case is finally resolved.

                                                      /s/ Gerald Austin McHugh
                                                   United States District Judge