IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CIVIL ACTION NO. 19-519 |
| : | |
| SAFEHOUSE : | |
| *A PENNSYLVANIA NONPROFIT* : | |
| *CORPORATION* : | |

**ORDER**

This 23rd day of August, 2021, it is hereby **ORDERED** that a status conference call is scheduled for Friday, **September 17, 2021**, at **10:00 a.m.** Defense counsel is requested to initiate the call with opposing counsel and then call Chambers at 267-299-7301.

                                                                                                     /s/ Gerald Austin McHugh
                                                                    United States District Judge