IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. 19-0519 |
| SAFEHOUSE, a Pennsylvania nonprofit corporation; | : | |
| JOSE BENITEZ, as President and Treasurer of Safehouse, | : | |
| *Defendants*. | : | |

## STIPULATED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the below parties as follows:

1. The United States shall respond to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief by **January 5, 2022**, by way of answer and/or appropriate Rule 12 motion.

2. Safehouse shall file any brief in opposition by **February 4, 2022**.

3. The United States shall file any reply by **February 25, 2022**.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

/s/ Gregory B. David
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division
615 Chestnut Street
Philadelphia, PA 19106
*Attorneys for the United States*

DLA PIPER LLP (US)

/s/ Ilana H. Eisentein
Ilana H. Eisenstein
ilana.eisenstein@dlapiper.com
Courtney G. Saleski
courtney.saleski@dlapiper.com
Ben C. Fabens-Lassen
ben.fabens-lassen@dlapiper.com

                              Megan E. Krebs
                              megan.krebs@dlapiper.com
                              One Liberty Place
                              1650 Market Street, Suite 5000
                              Philadelphia, Pennsylvania 19103-7300
                              Tel: 215.656.3300
                              *Attorneys for Safehouse and Jose Benitez*

Approved this \_\_\_5th\_\_\_\_\_ day of November 2021.

**BY THE COURT:**

                        /s/ Gerald Austin McHugh
                      Honorable Gerald Austin McHugh
                      United States District Judge