IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CIVIL ACTION NO. 19-519 |
| : | |
| SAFEHOUSE : | |
| *A PENNSYLVANIA NONPROFIT* : | |
| *CORPORATION* : | |

**ORDER**

This 4th day of January, 2022, it is hereby **ORDERED** that a status conference call is scheduled for Monday, **February 7, 2022**, at **1:00 p.m.**  Defense counsel is requested to initiate the call with opposing counsel and then call Chambers at 267-299-7301.

                    /s/ Gerald Austin McHugh
                    United States District Judge