IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| *Plaintiff*, : | |
| : | |
| v. : | Civil Action No. 19-0519 |
| : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation; : | |
| : | |
| JOSE BENITEZ, as President and Treasurer of Safehouse, : | |
| : | |
| *Defendants*. : | |
| ─────────────────────────────── : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation, : | |
| : | |
| *Counterclaim Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| *Counterclaim Defendant*, : | |
| : | |
| and : | |
| : | |
| U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and JENNIFER ARBITTIER WILLIAMS, in her official capacity as U.S. Attorney for the Eastern District of Pennsylvania, : | |
| : | |
| *Third-Party Defendants*. : | |

**STIPULATED SCHEDULING ORDER**

WHEREAS, on February 7, 2022, when the parties appeared before the Court, they announced that discussions were underway to explore a possible amicable resolution of this matter. The discussions to date, addressing a novel and complex subject matter, have been and continue to be productive.

WHEREAS, on February 4, 2022, the Department of Justice publicly stated that it is "evaluating supervised consumption sites, including discussions with state and local regulators about appropriate guardrails for such sites, as part of an overall approach to harm reduction and public safety."[1] Those discussions have continued, and the United States believes additional time is necessary to permit careful consideration of the government's harm reduction and public safety goals.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the parties as follows:

1. The United States shall respond to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief by September 22, 2022, by way of answer and/or appropriate Rule 12 motion.

2. Safehouse shall file any brief in opposition by October 21, 2022.

3. The United States shall file any reply by November 11, 2022.

Respectfully submitted,

| | |
|---|---|
| JACQUELINE C. ROMERO<br>United States Attorney | DLA PIPER LLP (US) |
| /s/ Gregory B. David<br>GREGORY B. DAVID<br>Assistant United States Attorney | /s/Ilana H. Eisenstein<br>Ilana H. Eisenstein<br>ilana.eisenstein@dlapiper.com |

---

[1] https://thehill.com/policy/healthcare/593212-justice-department-to-evaluate-providing-safe-havens-for-drug-use.

| | |
|---|---|
| Chief, Civil Division<br>615 Chestnut Street<br>Philadelphia, PA 19106<br>*Attorneys for the United States* | Courtney G. Saleski<br>*courtney.saleski@dlapiper.com*<br>Ben C. Fabens-Lassen<br>*ben.fabens-lassen@dlapiper.com*<br>Megan E. Krebs<br>*megan.krebs@dlapiper.com*<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, Pennsylvania 19103-7300<br>Tel: 215.656.3300<br><br>AIDS LAW PROJECT OF PENNSYLVANIA<br>Ronda B. Goldfein<br>goldfein@aidslawpa.org<br>Yolanda French Lollis<br>lollis@aidslawpa.org<br>Adrian M. Lowe<br>alowe@aidslawpa.org<br>Jacob M. Eden<br>eden@aidslawpa.org<br>1211 Chestnut Street, Suite 600<br>Philadelphia, Pennsylvania 19107<br>Tel: 215.587.9377<br><br>LAW OFFICE OF PETER GOLDBERGER<br>Peter Goldberger<br>50 Rittenhouse Place<br>Ardmore, Pennsylvania 19003<br>Tel: 610.649.8200<br>*peter.goldberger@verizon.net*<br><br>SETH F. KREIMER, ESQUIRE<br>Seth F. Kreimer<br>PA Bar No. 26102<br>3501 Sansom Street<br>Philadelphia, Pennsylvania 19104<br>Tel: 215.898.7447<br>skreimer@law.upenn.edu<br><br>*Attorneys for Safehouse and Jose Benitez* |

Approved this 8th day of August, 2022.

    /s/ Gerald Austin McHugh
United States District Judge