**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-519** |
| | : | |
| **SAFEHOUSE** | : | |
| *A PENNSYLVANIA NONPROFIT* | : | |
| *CORPORATION* | : | |

**ORDER**

This 22nd day of September, 2022, it is hereby **ORDERED** that a status conference call is scheduled for Monday, **November 14, 2022**, at **3:30 p.m.** Defense counsel is requested to initiate the call with opposing counsel and then call Chambers at 267-299-7301.

                                                    /s/ Gerald Austin McHugh
                                                    United States District Judge