IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFEHOUSE, a Pennsylvania nonprofit corporation,<br>　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Counterclaim Defendant,<br><br>U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; JENNIFER ARBITTIER WILLIAMS, in her official capacity as U.S. Attorney for the Eastern District of Pennsylvania,<br>　　　　　Third-Party Defendants.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,<br>　　　　　Defendants. | Civil Action No.: 2:19-cv-00519<br><br>(Honorable Gerald A. McHugh) |

**PROPOSED ORDER**

AND NOW, this ____ day of December, 2022, upon consideration of the Government's Motion to Modify Scheduling Order (ECF No. 174), and Safehouse's Opposition thereto, it is hereby **ORDERED** that the Government's Motion is **DENIED.** It is **FURTHER ORDERED** that:

1.　The Government shall respond to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief within fourteen days from the date of this Order;

2. If the Government files a Rule 12 Motion in response to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief:

a. Safehouse shall file any brief in opposition within fourteen days from the date on which the Government files its Motion; and

b. The Government shall file any reply brief within fourteen days from the date on which Safehouse files its opposition.

IT IS SO ORDERED.

BY THE COURT:

_____
Gerald Austin McHugh
United States District Judge