# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-519** |
| : | |
| **SAFEHOUSE** : | |
| *A PENNSYLVANIA NONPROFIT* : | |
| *CORPORATION* : | |

## ORDER

This 7th day of December, 2022, it is hereby **ORDERED** that Defendants' Motion to Modify Scheduling Order, ECF 174, is **GRANTED** in part as follows:

1. The United States shall respond to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief by **January 9, 2023**, by way of answer or appropriate Rule 12 motion.

2. Safehouse shall file any brief in opposition by **January 23, 2023**.

3. The United States shall file any reply by **February 6, 2023**.

        /s/ Gerald Austin McHugh
United States District Judge