# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-519** |
| : | |
| **SAFEHOUSE** : | |
| *A PENNSYLVANIA NONPROFIT* : | |
| *CORPORATION* : | |

## ORDER

This 6th day of January, 2023, it is hereby **ORDERED** that filing deadlines are suspended to allow the parties to continue to pursue mediation.

                                                   /s/ Gerald Austin McHugh
                                                   United States District Judge