LINDSAY LASALLE
DRUG POLICY ALLIANCE
1330 BROADWAY SUITE 1426
OAKLAND, CA 94612

