IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:19-cv-00519 |
| SAFEHOUSE, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Good cause having been shown, the Motion of Justin M. Romeo for Leave to Withdraw as Counsel of Record for *amici curiae* Bridesburg Civic Association, East Passyunk Avenue Business Improvement District, Fraternal Order of Police, Lodge 5, Friends of Marconi Park, Girard Estate Area Residents, Harrowgate Civic Association, Juniata Park Civic Association, Kensington Independent Civic Association, Lower Moyamensing Civic Association, Packer Park Civic Association, Port Richmond On Patrol And Civic, South Broad Street Neighborhood Association, South Philadelphia Business Association, South Philadelphia Communities Civic Association, and South Port Richmond Civic Association is GRANTED and the Clerk of Court is directed to withdraw Mr. Romeo's appearance.

Dated February __, 2023

_____
Gerald A. McHugh, J.