IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-cv-00519-GAM |
| | : | |
| SAFEHOUSE | : | |
| *A PENNSYLVANIA NONPROFIT* | : | |
| *CORPORATION* | : | |
| Defendants. | : | |

## NOTICE

A Second Settlement Conference will be held on **March 24, 2023** at **2:00 p.m.**, before the Honorable Richard A. Lloret, United States Magistrate Judge. The ZOOM log-on information was emailed to counsel.

*/s/ Sheila McCurry*
SHEILA MCCURRY
Courtroom Deputy to the
Honorable Richard A. Lloret
U.S. Magistrate Judge
sheila_mccurry@paed.uscourts.gov

**Date:** March 22, 2023