IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| United States of America | : | Civil Action |
| --- | --- | --- |
| v. | : | |
| Safehouse; Jose Benitez | : | No.: 19-0519 |

ORDER

AND NOW, this 11th day of April 20 23, it is hereby

ORDERED that the application of Eric D. Hageman_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

/s/ Gerald Austin McHugh
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.