IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Civil Action No. 19-0519 |
| | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation; | : | |
| | : | |
| JOSE BENITEZ, as President and Treasurer of Safehouse, | : | |
| | : | |
| *Defendants*. | : | |
| ──────────────────────── | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation, | : | |
| | : | |
| *Counterclaim Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| *Counterclaim Defendant*, | : | |
| | : | |
| and | : | |
| | : | |
| U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and JACQUELINE C. ROMERO, in her official capacity as U.S. Attorney for the Eastern District of Pennsylvania | : | |
| | : | |
| *Third-Party Defendants*. | : | |

## STIPULATED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the parties as follows:

1. The United States shall respond to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief by June 28, 2023, by way of answer and/or appropriate Rule 12 motion.

2. Safehouse shall file any brief in opposition by July 21, 2023.

3. The United States shall file any reply by August 10, 2023.

Respectfully submitted,

| | |
|---|---|
| JACQUELINE C. ROMERO<br>United States Attorney | DLA PIPER LLP (US) |
| /s/ Gregory B. David<br>GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division<br>615 Chestnut Street<br>Philadelphia, PA 19106<br>*Attorneys for the United States* | /s/Ilana H. Eisenstein<br>Ilana H. Eisenstein<br>*ilana.eisenstein@dlapiper.com*<br>Ben C. Fabens-Lassen<br>*ben.fabens-lassen@dlapiper.com*<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, Pennsylvania 19103-7300<br>Tel: 215.656.3300<br><br>AIDS LAW PROJECT OF PENNSYLVANIA<br>Ronda B. Goldfein<br>goldfein@aidslawpa.org<br>Yolanda French Lollis<br>lollis@aidslawpa.org<br>Adrian M. Lowe<br>alowe@aidslawpa.org<br>Jacob M. Eden<br>eden@aidslawpa.org<br>1211 Chestnut Street, Suite 600<br>Philadelphia, Pennsylvania 19107<br>Tel: 215.587.9377 |

        LAW OFFICE OF PETER GOLDBERGER
Peter Goldberger
50 Rittenhouse Place
Ardmore, Pennsylvania 19003
Tel: 610.649.8200
peter.goldberger@verizon.net

SETH F. KREIMER, ESQUIRE
Seth F. Kreimer
PA Bar No. 26102
3501 Sansom Street
Philadelphia, Pennsylvania 19104
Tel: 215.898.7447
 skreimer@law.upenn.edu

*Attorneys for Safehouse and Jose Benitez*

Approved this __18th__ day of __May_____ 2023.

                      ___/s/ Gerald Austin McHugh___
                      United States District Judge