IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil Action No. 19-0519 |
| | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation; | : | |
| | : | |
| JOSE BENITEZ, as President and Treasurer of Safehouse, | : | |
| | : | |
| *Defendants.* | : | |
| ———————————————— | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation, | : | |
| | : | |
| *Counterclaim Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| and | : | |
| | : | |
| U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and JACQUELINE C. ROMERO, in her official capacity as U.S. Attorney for the Eastern District of Pennsylvania | : | |
| | : | |
| *Third-Party Defendants.* | : | |

## STIPULATED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the parties as follows:

1. The United States shall respond to Safehouse's Amended Counterclaims for Declaratory and Injunctive Relief by July 21, 2023, by way of answer and/or appropriate Rule 12 motion.

2. Safehouse shall file any brief in opposition by August 15, 2023.

3. The United States shall file any reply by September 8, 2023.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

/s/ Gregory B.  David
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division
615 Chestnut Street
Philadelphia, PA 19106
*Attorneys for the United States*

DLA PIPER LLP (US)

/s/Ilana H. Eisenstein
Ilana H. Eisenstein
*ilana.eisenstein@dlapiper.com*
Ben C. Fabens-Lassen
*ben.fabens-lassen@dlapiper.com*
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103-7300
Tel: 215.656.3300

AIDS LAW PROJECT OF
PENNSYLVANIA
Ronda B. Goldfein
goldfein@aidslawpa.org
Yolanda French Lollis
lollis@aidslawpa.org
Adrian M. Lowe
alowe@aidslawpa.org
Jacob M. Eden
eden@aidslawpa.org
1211 Chestnut Street, Suite 600
Philadelphia, Pennsylvania 19107
Tel: 215.587.9377

LAW OFFICE OF PETER GOLDBERGER
Peter Goldberger
50 Rittenhouse Place
Ardmore, Pennsylvania 19003
Tel: 610.649.8200
*peter.goldberger@verizon.net*

SETH F. KREIMER, ESQUIRE
Seth F. Kreimer
PA Bar No. 26102
3501 Sansom Street
Philadelphia, Pennsylvania 19104
Tel: 215.898.7447
*skreimer@law.upenn.edu*

*Attorneys for Safehouse and Jose Benitez*


Approved this ⎯28th⎯ day of ⎯June⎯⎯⎯⎯⎯⎯ 2023.


⎯⎯/s/ Gerald Austin McHugh⎯⎯
United States District Judge