IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,<br>       Defendants,<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation,<br>       Counterclaim Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>       Counterclaim Defendant. | CIVIL ACTION<br>No. 19-519 |

**ORDER**

This 25th day of July, 2023, it is hereby **ORDERED** that the Motion for Leave to File Amicus Brief (ECF 201) is **DENIED**, without prejudice, as amici seek input regarding a purported settlement of this action, when in fact there is at present no prospect of a settlement.

                                                /s/ Gerald Austin McHugh
                                               United States District Judge