## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,** | : | **CIVIL ACTION** |
| Defendants, | : | No. 19-519 |
| | : | |
| **SAFEHOUSE, a Pennsylvania nonprofit corporation,** | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Counterclaim Defendant. | : | |

## **ORDER**

This 19th day of October, 2023, it is hereby **ORDERED** that a conference call is scheduled for Tuesday, **October 24, 2023**, at **3:00 p.m.** A call-in number will be emailed to counsel.

 

/s/ Gerald Austin McHugh
United States District Judge