# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,<br>    Defendants,<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation,<br>    Counterclaim Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Counterclaim Defendant. | CIVIL ACTION<br>No. 19-519 |

## ORDER

This 6th day of November, 2023, it is hereby **ORDERDED** that oral argument on the Motion to Dismiss (ECF 211) will be heard on Monday, **December 4, 2023**, at **2:00 p.m.** Argument will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.

/s/ Gerald Austin McHugh
United States District Judge