IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,<br>　　　　　Defendants,<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation,<br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Counterclaim Defendant. | CIVIL ACTION<br>No. 19-519 |

## ORDER

This 25th day of March, 2024, it is hereby **ORDERED** that Safehouse shall provide to the Court a copy of its Form 1023, the completed application for recognition of its exemption from federal income tax under Internal Revenue Code Section 501(c)(3).[1]

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Safehouse may either submit the application via ECF or via email to: Chambers_of_Judge_Gerald_McHugh@paed.uscourts.gov.