IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse,<br>    Defendants,<br><br>SAFEHOUSE, a Pennsylvania nonprofit corporation,<br>    Counterclaim Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Counterclaim Defendant. | CIVIL ACTION<br>No. 19-519 |

## ORDER

This 3rd day of April, 2024, it is hereby **ORDERED** that, for the reasons in the accompanying memorandum, Counterclaim Defendant United States of America's Motion to Dismiss (ECF 211) is **GRANTED** and this action is hereby **DISMISSED**. The Clerk of Court is requested to mark this case closed.

                  /s/ Gerald Austin McHugh
                  United States District Judge