## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFEHOUSE, a Pennsylvania nonprofit corporation, <br>                  Counterclaim Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>                  Counterclaim Defendant, <br><br> U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; JACQUELINE C. ROMERO, in her official capacity as U.S. Attorney for the Eastern District of Pennsylvania, <br>                  Third-Party Defendants. <br><br> UNITED STATES OF AMERICA, <br>                  Plaintiff, <br><br> v. <br><br> SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSÉ BENITEZ, as President and Treasurer of Safehouse, <br>                  Defendants. | Civil Action No.:  2:19-cv-00519 <br><br> (Honorable Gerald A. McHugh) |

## NOTICE OF APPEAL

Defendant and Counterclaim Plaintiff Safehouse and Defendant José Benitez appeal to the United States Court of Appeals for the Third Circuit from this Court's Order (ECF No. 237), entered on April 3, 2024, which is the final order in this case.

May 31, 2024

Respectfully submitted,

**DLA PIPER LLP (US**

By: */s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
ilana.eisenstein@dlapiper.com
Ben C. Fabens-Lassen
ben.fabens-lassen@dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103-7300
Tel:     215.656.3300

**AIDS LAW PROJECT OF PENNSYLVANIA**

Ronda B. Goldfein
goldfein@aidslawpa.org
Yolanda French Lollis
lollis@aidslawpa.org
Adrian M. Lowe
alowe@aidslawpa.org
Jacob M. Eden
eden@aidslawpa.org
1211 Chestnut Street, Suite 600
Philadelphia, Pennsylvania 19107
Tel:     215.587.9377

**LAW OFFICE OF PETER GOLDBERGER**

Peter Goldberger
 P.O. Box 645
Ardmore, Pennsylvania 19003
Tel:     610.649.8200
*peter.goldberger@verizon.net*

**SETH F. KREIMER, ESQUIRE**

Seth F. Kreimer
3501 Sansom Street
Philadelphia, Pennsylvania 19104
Tel:     215.898.7447
*skreimer@law.upenn.edu*

*Attorneys for Safehouse*