IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFEHOUSE, a Pennsylvania nonprofit corporation, <br>    *Counterclaim Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>    *Counterclaim Defendant*, <br><br> U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; DAVID METCALF, in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania, <br>    *Third-Party Counterclaim Defendants*. | Civil Action No.: 2:19-cv-00519 <br><br> (Hon. Gerald A. McHugh) |

### SAFEHOUSE AND JOSÉ BENITEZ'S MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIMS FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendants/Counterclaim Plaintiff Safehouse and Defendant José Benitez move under Federal Rule of Civil Procedure 15(a)(2) for leave to file their Third Amended Counterclaims for Declaratory and Injunctive Relief, attached hereto as **Exhibit A.** In support of the Motion, Safehouse and Mr. Benitez submit the accompanying Memorandum of Law.

Dated: February 13, 2026     Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
*ilana.eisenstein@dlapiper.com*
Ben C. Fabens-Lassen
*ben.fabens-lassen@dlapiper.com*
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103-7300
Tel: 215.656.3300

1

**AIDS LAW PROJECT OF PENNSYLVANIA**

Ronda B. Goldfein
*goldfein@aidslawpa.org*
Adrian M. Lowe
*alowe@aidslawpa.org*
1211 Chestnut Street, Suite 600
Philadelphia, Pennsylvania 19107
Tel:    215.587.9377

**LAW OFFICE OF PETER GOLDBERGER**

Peter Goldberger
50 Rittenhouse Place
Ardmore, Pennsylvania 19003
Tel:    610.649.8200
*peter.goldberger@verizon.net*

**SETH F. KREIMER, ESQUIRE**

Seth F. Kreimer
PA Bar No. 26102
3501 Sansom Street
Philadelphia, Pennsylvania 19104
Tel:    215.898.7447
*skreimer@law.upenn.edu*

*Attorneys for Safehouse and Jose Benetiz*