**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation; JOSE BENITEZ, as President and Treasurer of Safehouse, | : : : | CIVIL ACTION |
| Defendants, | : | No. 19-519 |
| | : | |
| SAFEHOUSE, a Pennsylvania nonprofit corporation, | : : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Counterclaim Defendant. | : | |

**<u>ORDER</u>**

This 9th day of April, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Leave to File Third Amended Counterclaims, ECF 242, is **GRANTED** in part. Defendants may file the amendment, but without the assertion of a counterclaim on behalf of Mr. Benitez individually.

/s/ Gerald Austin McHugh
United States District Judge