# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFEHOUSE, a Pennsylvania nonprofit corporation,<br>    *Counterclaim Plaintiff,* | : <br> : <br> : <br> : |
|     v. | :   **CIVIL ACTION NO.: 2:19-cv-00519** <br> : |
| UNITED STATES OF AMERICA,<br>    *Counterclaim Defendant,* | : <br> : <br> : <br> : |
| U.S. DEPARTMENT OF JUSTICE; TODD BLACHE, in his official capacity as Acting Attorney General of the United States, DAVID METCALF, in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania, | : <br> : <br> : <br> : <br> : |
|     *Third-Party Counterclaim Defendants.* | : <br> : |

## STIPULATED SCHEDULING ORDER

AND NOW, this 28th day of  April, 2026, IT IS **ORDERED** as follows:

1.      On April 13, 2026, Counterclaim Plaintiff Safehouse filed its Third Amended Counterclaims for Declaratory and Injunctive Relief against the United States, U.S. Department of Justice, Acting Attorney General Todd Blanche, and U.S. Attorney David Metcalf.

2.      Counterclaim Defendants (collectively, "the United States") anticipate filing a motion in response to the Third Amended Counterclaims.

3.      The United States shall file its motion in response to the Third Amended Counterclaims no later than May 29, 2026.

4.  Safehouse shall file any response to the United States' motion by **June 29, 2026**.

5.  The United States will file any reply brief by **July 20, 2026**.

BY THE COURT:

/s/ Gerald Austin McHugh

_____
GERALD AUSTIN McHUGH
United States District Judge