# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFEHOUSE, a Pennsylvania nonprofit corporation, | : | |
| *Counterclaim Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.: 2:19-cv-00519** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| *Counterclaim Defendant,* | : | |
| | : | |
| | : | |
| U.S. DEPARTMENT OF JUSTICE; TODD | : | |
| BLANCHE, in his official capacity as Acting | : | |
| Attorney General of the United States, DAVID | : | |
| METCALF, in his official capacity as U.S. | : | |
| Attorney for the Eastern District of Pennsylvania, | : | |
| | : | |
| *Third-Party Counterclaim Defendants.* | : | |
| | : | |

## STIPULATED SCHEDULING ORDER

AND NOW, this 17th day of June, 2026, IT IS ORDERED as follows:

1.      On April 13, 2026, Counterclaim Plaintiff Safehouse filed its Third Amended Counterclaims for Declaratory and Injunctive Relief against the United States, U.S. Department of Justice, Acting Attorney General Todd Blanche, and U.S. Attorney David Metcalf.

2.      On May 29, 2026, Counterclaim Defendants (collectively, "the United States") filed a motion to dismiss the Third Amended Counterclaims.

3.      Safehouse shall file any response to the United States' motion by July 29, 2026.

4.      The United States will file any reply brief by September 3, 2026.

BY THE COURT:

/s/ Gerald Austin McHugh

_____
GERALD AUSTIN McHUGH
United States District Judge